UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

RONALD W. GOACHEE,

        Plaintiff,                   Case No. 16-cv-12023
                                           Hon. Matthew F. Leitman

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

        Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

**IT IS ORDERED AND ADJUDGED** that the case is **REMANDED** to the Commissioner of Social Security for further proceedings in accordance with that order.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: November 17, 2016

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 17, 2016, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                           Case Manager
                                           (313) 234-5113